UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN, et al.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>METROPOLITAN NETCOMM, INC.,<br><br>　　　　　　　Defendant. | Case No.: 10-CV-05464-LHK<br><br>ORDER REGARDING CASE MANAGEMENT CONFERENCE |

This action is set for a Case Management Conference on Wednesday, March 2, 2011. The parties have not filed a Case Management Statement, as required by the ADR scheduling order and the Local Rules, and it appears that Plaintiffs are seeking entry of default against Defendant. Accordingly, Plaintiffs must either (1) file a Case Management Statement, or (2) file a request to continue the Case Management Conference, setting forth with particularity the reasons for the request and other information required by Civil Local Rule 6-3. Any Case Management Statement or request for a continuance must be filed by Monday, February 28, 2011.

**IT IS SO ORDERED.**

Dated: February 25, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-05464-LHK
ORDER REGARDING CASE MANAGEMENT CONFERENCE