UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN, et al., <br><br> Plaintiff, <br> v. <br><br> METROPOLITAN NETCOMM, INC., <br><br> Defendant. | Case No.: 10-CV-05464-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

This action is set for a Case Management Conference on Wednesday, March 2, 2011. Plaintiffs now request that the Court continue the Case Management Conference to allow them time to file a motion for entry of default judgment. As Defendant has not appeared in the action and a motion for entry of default is pending, the Court agrees that the Case Management Conference should be continued. Accordingly, the Case Management Conference scheduled for March 2, 2011, is hereby CONTINUED to April 20, 2011, at 2 p.m.

**IT IS SO ORDERED.**

Dated: February 28, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05464-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE