UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN, et al., <br><br> Plaintiffs, <br> v. <br><br> METROPOLITAN NETCOMM, INC., <br><br> Defendant. | Case No.: 10-CV-05464-LHK <br><br> ORDER REGARDING CASE MANAGEMENT CONFERENCE |

On February 28, 2011, the Court continued the initial Case Management Conference on grounds that a motion for entry of default was pending. The initial Case Management Conference is currently scheduled to take place this Wednesday, April 20, 2011. On March 2, 2011, the Clerk entered default against Defendant Metropolitan Netcomm, Inc. As of this date, Plaintiffs have not filed either a motion for default judgment or a Case Management Statement. This is the second time that Plaintiffs have failed to file a Case Management Statement (or to seek relief from the case management schedule) prior to a scheduled Case Management Conference. No later than April 19, 2011, at 5 p.m., Plaintiffs must file either a Case Management Statement or a motion for default judgment. Unless Plaintiffs file a motion for default judgment by April 19, 2011, the Case Management Conference will take place as scheduled.

**IT IS SO ORDERED.**

Dated: April 18, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05464-LHK
ORDER REGARDING CASE MANAGEMENT CONFERENCE