UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN, et al.,<br><br>            Plaintiffs,<br>   v.<br><br>METROPOLITAN NETCOMM, INC.,<br><br>            Defendant. | Case No.: 10-CV-05464-LHK<br><br>FURTHER ORDER REGARDING CASE MANAGEMENT CONFERENCE |

Pursuant to the Court's previous order, Plaintiffs filed a Case Management Statement on April 19, 2011. Therein, Plaintiffs ask the Court to continue the Case Management Conference for one week in order to allow Plaintiffs time to file a motion for default judgment. The Court previously indicated that unless Plaintiffs filed a motion for default judgment by April 19, 2011, the Case Management Conference would take place as scheduled. Accordingly, Plaintiffs' request to continue the Case Management Conference is DENIED. If Plaintiffs file their motion for default judgment by 5 p.m. today, April 19, 2011, the Court will vacate the Case Management Conference.

**IT IS SO ORDERED.**

Dated: April 19, 2011

                                                                    _____
                                                                    LUCY H. KOH
                                                                    United States District Judge