UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN, et al.,<br><br>            Plaintiffs,<br>   v.<br><br>METROPOLITAN NETCOMM, INC.,<br><br>            Defendant. | Case No.: 10-CV-05464-LHK<br><br>ORDER VACATING HEARING |

Plaintiffs have filed an amended motion for entry of default judgment in this action. ECF No. 18. Having considered the materials submitted, the Court finds this matter appropriate for determination without oral argument and vacates the hearing scheduled for September 29, 2011. *See* Civ. L.R. 7-1(b). The Court will issue an order shortly.

**IT IS SO ORDERED.**

Dated: September 28, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05464-LHK
ORDER VACATING HEARING